David J. Davoli, Esq. (DD-9073)
DAVOLI LAW FIRM
45 West 21st Street, Suite 401
New York, NY 10010
Tel:  212.929.1649
Fax: 212.206.7996
E-mail: david@davolilaw.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

-----------------------------------------------------x
JOE HAND PROMOTIONS, INC.,

                Plaintiff,

              Case No: EDCV11-00531-WDK

       - against -

DION LEVERING WILLIAMS, Individually,
and as an officer, director, shareholder, and/or
principal of HOTLANTA WINGS & THINGS
WEST, INC. d/b/a HOTLANTA WINGS
3950 Pierce Street
Riverside, CA 92505

**NOTICE OF APPLICATION**
**FOR DEFAULT JUDGMENT**
**BY COURT**

and

HOTLANTA WINGS & THINGS WEST,
INC. d/b/a HOTLANTA WINGS
3950 Pierce Street
Riverside, CA 92505,

                Defendants.
-----------------------------------------------------x

**TO THE HONORABLE WILLIAM D. KELLER AND THE DEFENDANTS:**

      **PLEASE TAKE NOTICE THAT**, on September 19, 2011, at 9:00 a.m. or as soon thereafter as this matter may be heard by the above entitled United States District Court, located at 312 N. Spring Street, Los Angeles, CA, 90012, Plaintiff will present its Application for Default Judgment against Defendants, Dion Levering Williams and Hotlanta Wings & Things West, Inc. d/b/a Hotlanta Wings.

The Clerk has previously entered the default on said Defendants on or about June 23, 2011.

At the time and place of the hearing, Plaintiff will present proof of the following matters:

**NOTICE OF APLICATION FOR DEFAULT JUDGMENT – 1**

1. Defendant is not an infant or incompetent person, or in military service or otherwise exempt under the Servicemembers Civil Relief Act of 2003; and,

2. Defendants have not appeared in this action; and,

3. Notice of this Application for Default Judgment by the Court and supplemental pleadings were served on said Defendants; and,

4. Plaintiff is entitled to judgment against the Defendants on the claims pled in the Complaint.

5. Plaintiff seeks Judgment in its favor and against the Defendants in the amount of $116,081.86. A breakdown of the relief requested is detailed within the Proposed Order, concurrently filed.

6. By and through this Application, Plaintiff also seeks recovery of its attorneys' fees and relevant costs incurred as provided for pursuant to 47 U.S.C. Section 605, *et seq.*

                          Respectfully submitted,

Dated: August 29, 2011

/s/ David J. Davoli
_____
DAVOLI LAW FIRM
David J. Davoli, Esq. (DD-9073)
Attorney for the Plaintiff,
Joe Hand Promotions, Inc.

**NOTICE OF APLICATION FOR DEFAULT JUDGMENT** – 2